UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| CHRIS KUHAGEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-cv-0467 |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CHRIS KUHAGEN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: July 31, 2009

KROHN & MOSS, LTD.

By:/s/ Gregory Moss
Gregory Moss
Krohn & Moss, Ltd.
120 W. Madison St., 10th Fl.
Chicago, IL 60602
Ph: (312) 578-9428
Attorneys for Chris Kuhagen

1

NOTICE OF SETTLEMENT