UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CHRIS KUHAGEN | ) |
| Plaintiff, | ) |
| | ) Case No. 09-c-0467 |
| v. | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

CHRIS KUHAGEN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

DATED: September 4, 2009            RESPECTFULLY SUBMITTED,

By: /s/Gregory Moss
Gregory Moss
Attorneys for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street, 10th Floor
Chicago, IL 60602